*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KIRKBY, DALY, GROSS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Artur A. REYKHMAN**
Seaman Apprentice (E-2), U.S. Navy
*Appellant*

**No. 202400080**

_____

Decided: 16 April 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Benjamin Garcia (arraignment)
Adam M. King (motions and trial)

Sentence adjudged 22 December 2023 by a general court-martial tried at Fleet Activities Yokosuka, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for twelve months, forfeiture of all pay and allowances, and a dishonorable discharge.[1]

---

[1] Appellant was credited with 218 days of pretrial confinement credit and 106 days of judicially ordered credit for a total of 324 days.

Opinion of the Court

For Appellant:
*Lieutenant Commander Christopher C. McMahon, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not comply with Rule for Courts-Martial 1111(b)(2) in that it does not reflect the forfeitures adjudged. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding. Accordingly, we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400080 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Artur A. REYKHMAN**<br>**Seaman Apprentice (E-2)**<br>**U.S. Navy**<br>*Accused* | *As Modified on Appeal*<br><br>**16 April 2025** |

On 7 November 2023 and from 21 December through 22 December 2023, the Accused was tried at Fleet Activities Yokosuka, Japan, by a general court-martial, consisting of a military judge sitting alone. Military Judges Benjamin Garcia and Adam M. King, presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 1:** **Possession of lysergic acid diethylamide (LSD) while on board a vessel used by armed forces, with the intent to distribute on or about 13 May 2023.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 2:** **Possession of psilocybin mushrooms, a Schedule I controlled substance, while on board a vessel used by armed forces, on or about 13 May 2023.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 3:** **Distribution of lysergic acid diethylamide (LSD) on divers occasions between December 2022 and May 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 4:** **Exportation of lysergic acid diethylamide (LSD) from the United States on divers occasions between December 2022 and May 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 5:** **Introduction of lysergic acid diethylamide (LSD) with intent to distribute, on divers occasions between December 2022 and May 2023 onto a vessel used by the armed forces.**

*Plea: Not* Guilty.

*Finding:* Withdrawn and dismissed.

**Charge II:** **Violation of Article 81, Uniform Code of Military Justice, 10 U.S.C. § 881.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 1:** **Conspiracy with Fireman David Posmao, USN, to export, introduce, and distribute a controlled substance on or about 17 February 2023.**

*Plea:* Guilty, except for the words and figures "on or about 17 February 2023," and substituting the words and figures "from on or about February 2023 to May 2023"; and excepting the figures "$2,000," and substituting the figures "$5,250"; and excepting the words "did cause to be delivered to himself," and substituting the words, "did cause to be delivered, on more than one occasion, to himself."

*Finding:* Guilty, except for the words and figures "on or about 17 February 2023," and substituting the words and figures "from on or about February 2023 to May 2023"; and excepting the figures "$2,000," and substituting the figures "$5,250"; and excepting the words "did cause to be delivered to himself," and substituting the words, "did cause to be delivered, on more than one occasion, to himself."

**Specification 2:** **Conspiracy with Fireman David Posmao, USN, to export, introduce, and distribute a controlled substance on or about 3 May 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge III:** **Violation of Article 82, Uniform Code of Military Justice, 10 U.S.C. § 882.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification:** **Solicitation of Seaman Recruit G.D., USN, to distribute lysergic acid diethylamide (LSD) on or about February-May 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

## SENTENCE

On 22 December 2023, a military judge sentenced Seaman Apprentice  Reykhman to the following:

**Reduction to pay grade E-1.**

**Confinement for a total of twelve months.**

> *Specification 1 of Charge I: confinement for twelve months.*
>
> *Specification 2 of Charge I: confinement for twelve months.*
>
> *Specification 3 of Charge I: confinement for twelve months.*
>
> *Specification 4 of Charge I: confinement for twelve months.*
>
> *Specification 1 of Charge II: confinement for twelve months.*

*The terms of confinement will run concurrently.*

*Seaman Apprentice Reykhman received 218 days of pretrial confinement credit and 106 days of judicially ordered credit for a total of 324 days.*

**Forfeiture of all pay and allowances.**

**A dishonorable discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

3